JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arroyo Hotel, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Imperial Capital Bank, et al.<br><br>Defendants. | Case No. CV-15-7319-MWF-E<br><br>**JUDGMENT** |

In accordance with the Order Granting Defendant Federal Deposit Insurance Corporation's Motion to Dismiss (Docket No. 41), and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered in favor of Imperial Capital Bank and Federal Deposit Insurance Corporation, as Receiver and Proper Party Defendant for Defendant Imperial Capital Bank.  Plaintiffs shall take nothing in this action as against these parties.

///

///

1

  2. The Federal Deposit Insurance Corporation shall recover costs as provided by law.

Dated: January 7, 2015. _____
            MICHAEL W. FITZGERALD
            United States District Judge