UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-7319-MWF(Ex)**                         Dated: **August 17, 2016**

Title:       Arroyo Hotel LLC, et al. *-v-* Imperial Capital Bank, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                    None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement [146] filed August 12, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for September 19, 2016, at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk   __rs__
CIVIL - GEN