UNITED STATES DISTRICT COURT     JS-6

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| ARROYO HOTEL LLC, ET AL.,<br><br>    Plaintiff(s) and Cross-Defendants,<br><br>v.<br><br>IMPERIAL CAPITAL BANK, ET AL.<br><br>    Defendant(s) and Cross-Complainants. | CASE NO.  2:15-cv-07319-MWF-E<br><br>State Court Case No. CV090684 [Lead Case]<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**<br><br>Courtroom:  1600<br>Judge:  Hon. Michael W. Fitzgerald |

The Court previously considered Plaintiffs' Motion to Approve Settlement and the joinder, opposition and reply papers related thereto (Dkt. 172-177) and in its Order of November 1, 2016 (Dkt. 179) preliminarily approved the Motion to Approve Settlement subject to the condition stated in that Order (Dkt. 179 *passim* and pp. 6-7).  Now, based on the foregoing Stipulation of the parties, and the Exhibits A and B submitted with that Stipulation, and good cause appearing therefor,  IT IS HEREBY ORDERED that Plaintiffs' Motion to Approve Settlement is GRANTED.

Accordingly, the Joint Motion To Dismiss (Dkt. 149, 179) is GRANTED, and this action is DISMISSED WITH PREJUDICE, with each party to bear his, her or its own costs and attorney's fees, except as provided in the Settlement Agreement.

IT IS SO ORDERED.

Dated: November 15, 2016

_____

Honorable Michael W. Fitzgerald

United States District Judge